

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| DIANA DOUGLAS/EDDIE DOUGLAS, | § | No. 08-12-00259-CV |
| Appellants, | § | Appeal from the |
| v. | § | 383rd District Court |
| EDDIE DOUGLAS/DIANA DOUGLAS, | § | of El Paso County, Texas |
| Appellees. | § | (TC# 88-7957) |

## O R D E R

The Court GRANTS the Appellant/Appellee Diana Douglas' third motion for extension of time to file the brief until **May 2, 2013.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT/APPELLEE DIANA DOUGLAS' BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Cori A. Harbour-Valdez, the Appellant/Appellee's Attorney, prepare the Appellant/Appellee's brief and forward the same to this Court on or before **May 2, 2013.**

IT IS SO ORDERED this 28th day of March, 2013.


PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.